Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thea Marie Rosasen,<br><br>          Petitioner,<br><br>vs.<br><br>Marlon Abraham Rosasen,<br><br>          Respondent. | Case No.: 2:19-cv-10742-JFW(AFMx)<br>Case No.: 2:20-cv-01140-JFW(AFMx)<br>Hon. John F. Walter<br><br>**JUDGMENT** |

## JUDGMENT

This Court, having granted Petitioner's Verified Petition for Return of Children to Norway (Doc. 2) in the Findings of Fact and Conclusions of Law; Statement of Decision Granting Petitioner Thea Marie Rosasen's Verified Petition for Return of Children to Norway; and Judgment (Doc. 96), and upon Petitioner's request for a separate Judgment pursuant to Federal Rule of Civil Procedure 58(d), hereby enters final judgment as follows:

IT IS HEREBY **ORDERED** and **ADJUDGED** that judgment be entered in favor of Petitioner Thea Marie Rosasen on the Verified Petition for Return of Children to Norway. Petitioner Thea Marie Rosasen shall have fourteen days from the entry of the Judgment to file a Motion for Attorneys' Fees. Respondent Marlon Abraham Rosasen shall have fourteen days to file a response to the Motion for Attorneys' Fees.

**IT IS SO ORDERED.**

Date:  April 9, 2020

                                              Hon. John F. Walter
                                              United States District Judge